CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 31 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRENDA BARTS BRYANT | ) |
| Plaintiff, | ) Case No. 4:07CV00015 |
| v. | ) ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security | ) By: Jackson L. Kiser |
| Defendant. | ) Senior United States District Judge |

The Commissioner of Social Security has motioned under 42 U.S.C. § 405(g) to remand this case due to Social Security Administration's apparent inability to locate the recording of the hearing in question at this time. This is clearly "good cause" for a remand in this matter, and accordingly Magistrate Judge B. Waugh Crigler, to whom this case was assigned, has recommended that I grant this motion. Plaintiff has not opposed the motion or objected to the Magistrate Judge's recommendation. Therefore, I will grant the Commissioner's *Motion for Remand*. This case will be **REMANDED** pursuant to 42 U.S.C. § 405(g) and dismissed without prejudice from the active docket of this Court.

The Clerk is directed to send a certified copy of this *Order* to all counsel of record.

Entered this 31st day of January, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge